**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02714-REB-KLM

STEAMBOAT SKI & RESORT CORPORATION, and
STEAMBOAT SPRINGS WINTER SPORTS CLUB, INC.,

     Plaintiffs,

v.

SALT LAKE CONVENTION & VISITORS BUREAU d/b/a VISIT SALT LAKE,
ALTA SKI LIFTS COMPANY,
BRIGHTON RESORTS, LLC,
SOLITUDE SKI CORPORATION, and
SNOWBIRD RESORT, LLC,

     Defendants.

---

**ORDER OF DISMISSAL AS TO DEFENDANT
SALT LAKE CONVENTION & VISITORS BUREAU d/b/a VISIT SALT LAKE, ONLY**

---

**Blackburn, J.**

The matter is before the court on the **Stipulation of Dismissal** [#16][1] filed

November 12, 2014.  After reviewing the stipulation and the record, I conclude that the

stipulation should be approved and that plaintiffs' claims against defendant Salt Lake

Convention & Visitors Bureau d/b/a Visit Salt Lake should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation of Dismissal** [#16] filed November 12, 2014, is

**APPROVED**;

---

[1] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2.  That plaintiffs' claims against defendant Salt Lake Convention & Visitors Bureau d/b/a Visit Salt Lake are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

3.  That defendant Salt Lake Convention & Visitors Bureau d/b/a Visit Salt Lake is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated November 12, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge

2