**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02714-REB-KLM

STEAMBOAT SKI & RESORT CORPORATION, and
STEAMBOAT SPRINGS WINTER SPORTS CLUB, INC.,

    Plaintiffs,

v.

ALTA SKI LIFTS COMPANY,
BRIGHTON RESORTS, LLC,
SOLITUDE SKI CORPORATION, and
SNOWBIRD RESORT, LLC,

    Defendants.

**ORDER OF DISMISSAL AS TO DEFENDANT,
ALTA SKI LIFTS COMPANY, ONLY**

**Blackburn, J.**

    The matter is before the court on the **Stipulation of Dismissal** [#18][1] filed November 14, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that plaintiffs' claims against defendant, Alta Ski Lifts Company, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal** [#18] filed November 12, 2014, is **APPROVED**;

    2.  That plaintiffs' claims against defendant, Alta Ski Lifts Company, are

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

**DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

    3. That defendant, Alta Ski Lifts Company, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

    Dated November 14, 2014, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge