**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02714-REB-KLM

STEAMBOAT SKI & RESORT CORPORATION, and
STEAMBOAT SPRINGS WINTER SPORTS CLUB, INC.,

    Plaintiffs,

v.

BRIGHTON RESORTS, LLC,
SOLITUDE SKI CORPORATION, and
SNOWBIRD RESORT, LLC,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT, SOLITUDE SKI CORPORATION, ONLY

**Blackburn, J.**

The matter is before the court on the **Unopposed Motion To Dismiss Defendant Solitude Ski Corporation** [#20][1] filed November 17, 2014. After reviewing the stipulation and the record, I conclude that the motion should be granted and that plaintiffs' claims against defendant, Solitude Ski Corporation, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Dismiss Defendant Solitude Ski Corporation** [#20] filed November 17, 2014, is **GRANTED**;

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That plaintiffs' claims against defendant, Solitude Ski Corporation, are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

3. That defendant, Solitude Ski Corporation, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated November 17, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge

2