IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 14-cv-02714-REB-KLM

STEAMBOAT SKI & RESORT CORPORATION, and
STEAMBOAT SPRINGS WINTER SPORTS CLUB, INC.,

     Plaintiffs,

v.

BRIGHTON RESORTS, LLC, and
SNOWBIRD RESORT, LLC,

     Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT, BRIGHTON RESORT LLC, ONLY

**Blackburn, J.**

The matter is before the court on the **Unopposed Motion To Dismiss Defendant Brighton Resort LLC** [#22][1] filed November 25, 2014. After reviewing the stipulation and the record, I conclude that the motion should be granted and that plaintiffs' claims against defendant, Brighton Resort LLC, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Dismiss Defendant Brighton Resort LLC** [#22] filed November 25, 2014, is **GRANTED**;

2. That plaintiffs' claims against defendant, Brighton Resort LLC, are

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

    3. That defendant, Brighton Resort LLC, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

    Dated December 1, 2014, at Denver, Colorado.

                                          **BY THE COURT:**

*[Signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge