**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02714-REB-KLM

STEAMBOAT SKI & RESORT CORPORATION, and
STEAMBOAT SPRINGS WINTER SPORTS CLUB, INC.,

      Plaintiffs,

v.

SNOWBIRD RESORT, LLC,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Stipulation of Dismissal** [#24][1] filed December 17, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal** [#24] filed December 17, 2014 is **APPROVED**;

      2.  That any pending motions are **DENIED as moot**;

      3.  That any hearings, including the Scheduling Conference now set January 29, 2015, with the Honorable Magistrate Judge Kristen L. Mix, are **VACATED**;

      4.  That this action is **DISMISSED WITH PREJUDICE** with each of the affected

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

parties to pay its own attorney fees and costs.

Dated December 29, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge